**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Southeastern Illinois Counseling Centers, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Clay Family Counseling Center<br>FDBA  Richland Family Counseling Center<br>FDBA  Wabash Family Counseling Center<br>FDBA  Wayne County Family Counseling Center<br>FDBA  Crawford County Counseling Center<br>FDBA  Lawrence County Counseling Center** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **37-1095903** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **208 East Main Street<br>Olney, IL 62450**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Richland**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Southeastern Illinois Counseling Centers, Inc.**

Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___6214___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor     **Southeastern Illinois Counseling Centers, Inc.**                         Case number (*if known*) _____
           _____
           Name

**11. Why is the case filed in      *Check all that apply:***
     *this district?*
                                  ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                      preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                  ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or      ■ No**
     **have possession of any      ☐ Yes.** Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal
     property that needs
     immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                      What is the hazard? _____

                                  ☐ It needs to be physically secured or protected from the weather.

                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                  ☐ Other _____

                                  **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                  **Is the property insured?**

                                  ☐ No

                                  ☐ Yes.   Insurance agency _____

                                           Contact name    _____

                                           Phone           _____

████  **Statistical and administrative information**

**13. Debtor's estimation of      .   *Check one:***
     **available funds**
                                  ☐ Funds will be available for distribution to unsecured creditors.

                                  ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**       ☐ 1-49                      ☐ 1,000-5,000              ☐ 25,001-50,000
     **creditors**                ■ 50-99                     ☐ 5001-10,000              ☐ 50,001-100,000
                                  ☐ 100-199                   ☐ 10,001-25,000            ☐ More than100,000
                                  ☐ 200-999

**15. Estimated Assets**          ☐ $0 - $50,000              ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
                                  ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**     ☐ $0 - $50,000              ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                  ■ $500,001 - $1 million     ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor   **Southeastern Illinois Counseling Centers, Inc.**
Name

Case number (*if known*) _____

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  5, 2019**
                MM / DD / YYYY

**X** **/s/ Glenn Jackson**                              **Glenn Jackson**
Signature of authorized representative of debtor         Printed name

Title   **Executive Director**

**18. Signature of attorney**

**X** **/s/ Jay B. Howd**                        Date    **February  5, 2019**
Signature of attorney for debtor                        MM / DD / YYYY

**Jay B. Howd 6208980**
Printed name

**Bankruptcy Clinic, PC**
Firm name

**2006 Broadway Street**
**Mount Vernon, IL 62864**
Number, Street, City, State & ZIP Code

Contact phone   **1-618-315-6600**   Email address   **mtvernon.bankruptcyclinic@gmail.com**

**6208980 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  5, 2019**          X **/s/ Glenn Jackson**
                                        Signature of individual signing on behalf of debtor

                                        **Glenn Jackson**
                                        Printed name

                                        **Executive Director**
                                        Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name   **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................... $     **445,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................... $     **48,761.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................ $     **493,761.00**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **441,479.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **78,567.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **416,532.23**

4.    Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b     $     **936,578.23**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **First Financial Bank** **Olney, IL** | **Operational Account/ Grant Account** | **6284** | $783.00 |
| 3.2. | **First National Bank in Olney** **Olney, IL** | **Business and Personal Property Checking** | **5089** | $441.00 |
| 3.3. | **Trust Bank** **Olney, IL** | **Third Party Income Acct.** | **6708** | $116.00 |

4. | **Other cash equivalents** *(Identify all)* |

5. | **Total of Part 1.** | | | $1,340.00 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Southeastern Illinois Counseling Centers, Inc.**                    Case number *(If known)* _____
          Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Four drawer filing cabinets (97), two drawer filing cabinets (28), three drawer filing cabinets (2), desks (regular shaped) (38), L shaped desks (6), desk chairs (52), non-stackable chairs (123), meeting room tables (26), lateral files (7), TV carts (5), storage cabinets (5), computer stations (2), couch (1)** | **$13,200.00** | **N/A** | **$13,200.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Computers (26), server (1), printers (30), copiers (11), fax machines (3), phone systems (5), typewriters (2), shredders (5), VCR / DVD player (11), TV's (10), hight speed scanners (1), laminating machine (1), overhead projector (1), microwaves (6), refrigerator (1)** | **$12,250.00** | **N/A** | **$12,250.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Debtor    **Southeastern Illinois Counseling Centers, Inc.**          Case number *(If known)* _____
          Name

| | |
|---|---|
| 43. | **Total of Part 7.** |
| | Add lines 39 through 42.  Copy the total to line 86. |

$25,450.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2015 Dodge Dart; 60,000 miles; value based on Kelley Blue Book private party value for vehicle in Good condition** | $8,066.00 | Kelley Blue Book | $8,066.00 |
| 47.2.    **2012 Chevrolet Malibu;109,000 miles; value based on Kelley Blue Book private party value for vehicle in Good condition** | $5,834.00 | Kelley Blue Book | $5,834.00 |
| 47.3.    **2005 Buick LaCrosse; 263,000 miles; value based on Kelley Blue Book private party value for vehicle in Good condition** | $2,209.00 | Kelley Blue Book | $2,209.00 |
| 47.4.    **2003 Pontiac Grand Am; 282,000 miles; value based on Kelley Blue Book private party value for vehicle in Good condition** | $1,154.00 | Kelley Blue Book | $1,154.00 |
| 47.5.    **2003 Pontiac Grand Am; 251,000 miles; value based on Kelley Blue Book private party value for vehicle in Good condition** | $1,160.00 | Kelley Blue Book | $1,160.00 |
| 47.6.    **2007 Chevrolet Uplander Van with 79,700 miles value based on Kelley Blue Book private party value for vehicle in fair condition** | $3,458.00 | Kelley Blue Book | $3,548.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **Southeastern Illinois Counseling Centers, Inc.** _____    Case number _(If known)_ _____
Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**
        Add lines 47 through 50.  Copy the total to line 87.

        | $21,971.00 |
        | --- |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

        ☐ No.  Go to Part 10.
        ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.    **Commercial building located at 901 W. 3rd, Flora, IL 62839 (Clay County); single lot improved with single story building outfitted for small business use; detached parking lot; property had a commercial appraisal of $120,000 several years earlier, but this is believed to be inflated; value based on debtor's best estimate** | **Fee Simple** | **$85,000.00** | **N/A** | **$85,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Southeastern Illinois Counseling Centers, Inc.**                Case number *(if known)* _____
                    Name

| 55.2. | **Commercial building located at 1501 Olive, Lawrenceville, IL 62439 (Lawrence County); single lot improved with single story building outfitted for small business use; value based on debtor's best estimate** | Fee Simple | $50,000.00 | N/A | $50,000.00 |
|---|---|---|---|---|---|
| 55.3. | **Two commercial buildings on two contiguous lots located at 204 West Highland, Robinson, IL 62454 and 204 A West Highland, Robinson, IL 62454 (Crawford County); both businesses are outfitted for small business use; value based on realtor quote which is believed to be reasonable** | Fee Simple | $200,000.00 | N/A | $200,000.00 |
| 55.4. | **Commercial building on single lot located at 602 E. Fifth, Mt. Carmel, IL 62863 (Wabash County); building is outfitted for small business use; property has been listed for sale with a realtor for $150,000 for an extended period of time, but no one has been interested; value based on debtor's best estimate** | Fee simple | $110,000.00 | N/A | $110,000.00 |

56.  **Total of Part 9.**                                                                                                               | $445,000.00 |
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Southeastern Illinois Counseling Centers, Inc.**               Case number *(If known)* _____
         Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Debtor    **Southeastern Illinois Counseling Centers, Inc.**      Case number *(if known)* _____
       Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,340.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,971.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $445,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $48,761.00 | + 91b.   $445,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $493,761.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Chrysler Capital** | | | |
|---|---|---|---|---|

**Chrysler Capital**
Creditor's Name

**Attention: Bankruptcy Dept.**
**PO box 961278**
**Fort Worth, TX 76161**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2015 Dodge Dart; 60,000 miles; value based on Kelley Blue Book private party value for vehicle in Good condition**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,100.00**          **$8,066.00**

| 2.2 | **First Financial Bank** | | | |
|---|---|---|---|---|

**First Financial Bank**
Creditor's Name

**PO Box 2122**
**Terre Haute, IN 47802**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Two commercial buildings on two contiguous lots located at 204 West Highland, Robinson, IL 62454 and 204 A West Highland, Robinson, IL 62454 (Crawford County); both businesses are outfitted for small business use; value based on realtor quo**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**$85,121.00**          **$200,000.00**

Official Form 206D                  Schedule D: Creditors Who Have Claims Secured by Property                  page 1 of 6

| Debtor | **Southeastern Illinois Counseling Centers, Inc.** | Case number (if know) |
|---|---|---|
| | Name | |

**6898**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. First Financial Bank** | ☐ Disputed |
| **2. First Financial Bank** | |

---

| 2.3 | **First Financial Bank** | **Describe debtor's property that is subject to a lien** | $50,198.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Two commercial buildings on two contiguous lots located at 204 West Highland, Robinson, IL 62454 and 204 A West Highland, Robinson, IL 62454 (Crawford County); both businesses are outfitted for small business use; value based on realtor quo** | | |
| | **PO Box 2122** **Terre Haute, IN 47802** | | | |
| | Creditor's mailing address | **Describe the lien** **Mortgage** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **6899** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.4 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $81,304.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All attachable property on Schedules A/B for liens filed in Wabash and Clay Counties on 10/22/18 and Lawrence and Richland Counties on 10/18/18** | | |
| | **PO Box 7346** **Philadelphia, PA** **19101-7346** | | | |
| | Creditor's mailing address | **Describe the lien** **Federal Tax Liens** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **filed 10/18/18 and 10/22/18** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **8418** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Tony Weston** | **Describe debtor's property that is subject to a lien** | $1,350.00 | $110,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southeastern Illinois Counseling Centers, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

---

| Creditor's Name | Real estate located in Wabash County: |
|---|---|
| **DBA Weston's Lawn Equipment** | **602 E. Fifth, Mt. Carmel, IL** |
| **10653 Kaskaskia Lane** | |
| **Lawrenceville, IL 62439** | |

Creditor's mailing address

Describe the lien
**Mechanic's Lien for Services Performed**
Is the creditor an insider or related party?

**gbes@gbeslaw.com**

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**Recorded 11/13/18**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Tony Weston** | Describe debtor's property that is subject to a lien | $3,524.00 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name
**DBA Weston's Lawn Equipment**
**10653 Kaskaskia Lane**
**Lawrenceville, IL 62439**

Real estate located in Crawford County:
**204 W. Highland, Robinson, IL**

Creditor's mailing address

Describe the lien
**Mechanic's Lien for Services Performed**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**Filed 11/13/18**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Tony Weston** | Describe debtor's property that is subject to a lien | $1,908.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name
**DBA Weston's Lawn Equipment**
**10653 Kaskaskia Lane**
**Lawrenceville, IL 62439**

Real estate located in Lawrence County:
**1501 Olive, Lawrenceville, IL**

Creditor's mailing address

Describe the lien
**Mechanic's Lien for Services Performed**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**Filed 11/6/18**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Southeastern Illinois Counseling Centers, Inc.**                Case number (if known) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Tony Weston** | Describe debtor's property that is subject to a lien | $1,974.00 | $85,000.00 |
|---|---|---|---|---|

Creditor's Name

**DBA Weston's Lawn Equipment**
**10653 Kaskaskia Lane**
**Lawrenceville, IL 62439**

**Real estate located in Clay County**

Creditor's mailing address

Describe the lien
**Mechanic's Lien for Services Performed**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**Filed 11/13/18**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **USDA Rural Development** | Describe debtor's property that is subject to a lien | $206,000.00 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name

**Centralized Servicing Center**
**PO Box 66506**
**Saint Louis, MO 63166**

**Commercial building on single lot located at 602 E. Fifth, Mt. Carmel, IL 62863 (Wabash County); building is outfitted for small business use; property has been listed for sale with a realtor for $150,000 for an extended period of time, but**

Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$441,479.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Southeastern Illinois Counseling Centers, Inc.**                    Case number (if known) _____
_____
Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Crawford County Circuit Clerk**<br>**100 Douglas Street**<br>**Robinson, IL 62454** | Line **2.2** | |
| **Crawford County Circuit Clerk**<br>**100 Douglas Street**<br>**Robinson, IL 62454** | Line **2.3** | |
| **Crawford County Circuit Clerk**<br>**100 Douglas Street**<br>**Robinson, IL 62454** | Line **2.6** | |
| **Gosnell Borden Enloe Sloss &**<br>**McCullough, Ltd.**<br>**815 12th Street**<br>**PO Box 737**<br>**Lawrenceville, IL 62439** | Line **2.5** | |
| **Gosnell Borden Enloe Sloss &**<br>**McCullough, Ltd.**<br>**815 12th Street**<br>**PO Box 737**<br>**Lawrenceville, IL 62439** | Line **2.6** | |
| **Gosnell Borden Enloe Sloss &**<br>**McCullough, Ltd.**<br>**815 12th Street**<br>**PO Box 737**<br>**Lawrenceville, IL 62439** | Line **2.7** | |
| **Lawrence Co Circuit Clerk/Recorder**<br>**Lawrence County Courthouse**<br>**1100 State Street**<br>**Lawrenceville, IL 62439** | Line **2.4** | |
| **Lawrence County Clerk & Recorder**<br>**Lawrence County Courthouse**<br>**1100 State Street**<br>**Lawrenceville, IL 62439** | Line **2.7** | |
| **Richland Co Circuit Clerk/Recorder**<br>**103 West Main Street, #21**<br>**Olney, IL 62450-2170** | Line **2.4** | |
| **Santander Consumer USA**<br>**PO Box 961245**<br>**Fort Worth, TX 76161** | Line **2.1** | |
| **Wabash County Clerk & Recorder**<br>**401 North Market Street**<br>**Mount Carmel, IL 62863** | Line **2.5** | |
| **Westons Lawn Service**<br>**9716 Weston Road**<br>**Sumner, IL 62466** | Line **2.7** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 6

Debtor   **Southeastern Illinois Counseling Centers, Inc.**
         Name

Case number (if know) _____

| | |
|---|---|
| **Wright, Shagley & Lowery, PC**<br>**500 Ohio Street**<br>**PO Box 9849**<br>**Terre Haute, IN 47807-3517** | Line   **2.2** |
| **Wright, Shagley & Lowery, PC**<br>**500 Ohio Street**<br>**PO Box 9849**<br>**Terre Haute, IN 47807-3517** | Line   **2.3** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Glenn Jackson**
**103 North Hubble Drive**
**Mount Erie, IL 62446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$51,985.00**    Priority amount **$10,000.00**

Date or dates debt was incurred

**5/18 - 2/19**

Basis for the claim:
**Back pay; Mr. Jackson was only employee authorized by the board to remain employed without pay up until bankruptcy filing; all other employees were terminated on or about October 5, 2018; $10,000 is claimed per 11 USC 507(a)(4)(A)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Illinois Dept of Empl. Security**
**Bankruptcy Section**
**401 South State St., 4th Floor**
**Chicago, IL 60605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southeastern Illinois Counseling Centers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,582.00 | $26,582.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2018**

Basis for the claim:
**Additional 941 taxes not secured by liens set forth on Schedule D**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?

☑ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,931.00 |
|---|---|---|---|

**Aarah, Slichenmyer**
**1308 Margo Street**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Back pay**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aflac**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,230.00 |
|---|---|---|---|

**Alvin Ewing**
**709 Laurel**
**Fairfield, IL 62837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Back pay**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,202.60 |
|---|---|---|---|

**Ameren Illinois**
**Credit & Collections**
**2105 E State Route 104**
**Pawnee, IL 62558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,070.00 |
|---|---|---|---|

**Andrea Baker**
**1403 W. Mack**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Back pay**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Southeastern Illinois Counseling Centers, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.44**

**AT & T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cellular phone services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Attorney Barbara A. Weiner, LLC**
**600 Central Ave #325**
**Highland Park, IL 60035**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant /Vendor Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Bradley Musgrave**
**208 W. Main Street**
**Oblong, IL 62449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.40**

**Call Center Plus**
**832 W 1455 North**
**Logan, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Crisis Call Center/Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,044.00**

**Carla Kuhl**
**5761 Old Ingraham Rd.**
**Ingraham, IL 62434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,827.00**

**Carrie Parker**
**911 Landes Street**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,722.97**

**City of Fairfield**
**109 Northeast Second Street**
**Fairfield, IL 62837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Southeastern Illinois Counseling Centers, Inc.**                    Case number *(if known)* _____

    Name

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Flora**
**PO Box 249**
**Flora, IL 62839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.81** |
|---|---|---|---|

**City of Lawrenceville**
**PO Box 557**
**Lawrenceville, IL 62439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.29** |
|---|---|---|---|

**City of Olney**
**Water Dept.**
**300 South Whittle Avenue**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,015.00** |
|---|---|---|---|

**Connie Hosmer**
**PO Box 562**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,392.00** |
|---|---|---|---|

**Cynthia Lawson**
**1767 Cedar Lane**
**Sumner, IL 62466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Data Management Shredding**
**PO Box 3093**
**Terre Haute, IN 47803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,383.00** |
|---|---|---|---|

**David Judy**
**397 E. Small Lane Rd.**
**Noble, IL 62868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Southeastern Illinois Counseling Centers, Inc.**                    Case number (if known) _____
        _____
        Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.00 |
|---|---|---|---|

**Donna Harris**
**1310 S. Linn Street**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Back pay**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,653.35 |
|---|---|---|---|

**Eagleson Automotive**
**520 South Whittle Avenue**
**PO Box 157**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Maintenace to vehicles/ Vendor Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,106.90 |
|---|---|---|---|

**Fehrenbacher LLC**
**1500 South Whittle Avenue**
**PO Box 539**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Arbors Center rental / Vendor Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.86 |
|---|---|---|---|

**Flat Rock Telephone Co-Op**
**PO Box 147**
**Flat Rock, IL 62427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Phone system repairs Vendor Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,044.75 |
|---|---|---|---|

**Frontier**
**PO Box 740407**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Phone/Internet Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,042.00 |
|---|---|---|---|

**Gilbert Tennyson**
**507 East Center Street**
**Fairfield, IL 62837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Back pay**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,061.28 |
|---|---|---|---|

**Health Alliance**
**3310 Field South Drive**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Southeastern Illinois Counseling Centers, Inc.**                       Case number (if known) _____

Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.60 |
|------|---|---|---|

**Illinois Gas Company**
**PO Box 490**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,937.00 |
|------|---|---|---|

**James R. Tarpley II**
**1023 West Butler**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,945.00 |
|------|---|---|---|

**Jane Thompson-Smith**
**PO Box 141**
**Noble, IL 62868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,870.00 |
|------|---|---|---|

**Jennifer Oesch**
**5080 N. Passport Rd.**
**Noble, IL 62868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|------|---|---|---|

**Johnston Sanitation**
**c/o Chris Johnston**
**PO Box 70**
**Fairfield, IL 62837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|------|---|---|---|

**K & K Janitorial Services**
**115 West 6th Street**
**Flora, IL 62839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Janitorial Services/ Vendor Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,770.00 |
|------|---|---|---|

**Karen Hilliard**
**431 Brian Drive**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Southeastern Illinois Counseling Centers, Inc.**                Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*         **$1,520.00** |

**Kathy Stokes**
**1416 6th Street**
**Lawrenceville, IL 62439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Back pay**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*         **$972.00** |

**Kent Karcher**
**5272 E. US 50**
**Sumner, IL 62466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Back pay**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*         **$3,000.00** |

**Kimberly Musgrave**
**208 W. Main Street**
**Oblong, IL 62449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Back pay**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*         **$762.85** |

**Lemond Chevrolet**
**412 East Main Street**
**Fairfield, IL 62837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vehicle maintenace/Vendor Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*         **$11,000.00** |

**Leymone Hardcastle & Co, Ltd**
**PO Box 67**
**Flora, IL 62839**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Book keeping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*         **$187.50** |

**Linda Hungerford MD**
**2516 Buckhorn Road**
**Sumner, IL 62466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Auditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*         **$419.65** |

**Marathon Tire Service**
**220 North West Street**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vendor Account**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Southeastern Illinois Counseling Centers, Inc.**    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$6,812.00**

3.41

Nonpriority creditor's name and mailing address
**Martha Stephens**
**508 W. Illinois**
**Oblong, IL 62449**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Back pay__

Is the claim subject to offset? ■ No ☐ Yes

**$6,812.00**

---

3.42

Nonpriority creditor's name and mailing address
**Mary Buck**
**202 Ladue Drive**
**Mount Carmel, IL 62863**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Back pay__

Is the claim subject to offset? ■ No ☐ Yes

**$25,842.00**

---

3.43

Nonpriority creditor's name and mailing address
**Mass Mutual**
**DMS**
**1295 State Street**
**Springfield, MA 01111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pension Plan Administration Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$6,431.79**

---

3.44

Nonpriority creditor's name and mailing address
**Matthew Bender & Co**
**28544 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software support__

Is the claim subject to offset? ■ No ☐ Yes

**$141.68**

---

3.45

Nonpriority creditor's name and mailing address
**Megan Calvert**
**213 N. Dorsey Rd.**
**Robinson, IL 62454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Back pay__

Is the claim subject to offset? ■ No ☐ Yes

**$7,315.00**

---

3.46

Nonpriority creditor's name and mailing address
**Melody Fore**
**616 N. Washington Street**
**Olney, IL 62450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Back Pay__

Is the claim subject to offset? ■ No ☐ Yes

**$5,406.00**

---

3.47

Nonpriority creditor's name and mailing address
**Micropower**
**923 South 5th Street**
**Springfield, IL 62703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor Account__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Southeastern Illinois Counseling Centers, Inc.**                    Case number (if known) _____
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,193.00** |
|---|---|---|---|

**Micropower Computer Systems**
923 South 5th Street
Springfield, IL 62703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Software Support__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,415.50** |
|---|---|---|---|

**Miller Office Equipment**
PO Box 204
Olney, IL 62450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Equipment repair/Office supplies/Vendor Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,076.00** |
|---|---|---|---|

**Miranda Donaldson**
2035 Co Rd 350E
West Salem, IL 62476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Back pay__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$641.85** |
|---|---|---|---|

**Mt. Carmel Public Utility Co**
316 Market Street
Mount Carmel, IL 62863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215.00** |
|---|---|---|---|

**New Wave Communications**
PO Box 9001060
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Internet Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,042.80** |
|---|---|---|---|

**Olde Print Shoppe**
1314 East Main Street
Olney, IL 62450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,000.00** |
|---|---|---|---|

**Paras Harshawat & Assoc.**
Harsha Outpatient Services, LLC
4733 South 7th Street
Terre Haute, IN 47802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2014 -16__

Basis for the claim: __Psychiatric Counseling/Vendor account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southeastern Illinois Counseling Centers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,057.00** |
|---|---|---|---|

**Rebecca Buffington**
**911 E. South Street**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Renae Robertson**
**1594 Co Hwy 8**
**Fairfield, IL 62837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,590.00** |
|---|---|---|---|

**Renee Patterson**
**4980 N. Passport Rd.**
**Noble, IL 62868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$851.16** |
|---|---|---|---|

**Republic Services**
**12820 Cumminsville Road**
**Pimento, IN 47866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trash Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richland Residences, Inc. NFP**
**Drawer M**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 - 17**

Basis for the claim:  **Fund transfer loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,566.00** |
|---|---|---|---|

**Robin Stumborg**
**100 N. 1st St SW**
**Clay City, IL 62824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back pay**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.50** |
|---|---|---|---|

**Robinson Palestine Water Commission**
**PO Box 735**
**Robinson, IL 62454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southeastern Illinois Counseling Centers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,111.25** |
|---|---|---|---|
| | **Save A Lot**<br>**118 East York Street**<br>**Olney, IL 62450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.00** |
|---|---|---|---|
| | **Secretary of State of Illinois**<br>**License Renewal**<br>**3701 Winchester Road**<br>**Springfield, IL 62707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vehicle registration/Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,003.00** |
|---|---|---|---|
| | **Shari Winter**<br>**13 Esther Rd**<br>**Fairfield, IL 62837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Back pay__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.00** |
|---|---|---|---|
| | **Summer Holshouser**<br>**504 East Market Street**<br>**Pottsville, PA 17901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Back pay__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.26** |
|---|---|---|---|
| | **Synchrony Bank**<br>**Attn Bankruptcy Department**<br>**PO Box 965061**<br>**Orlando, FL 32896-5061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wal Mart Credit Card__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,045.00** |
|---|---|---|---|
| | **Tamera Hayes**<br>**592 Brady Mountain Cutoff**<br>**Royal, AR 71968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Back pay__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,059.00** |
|---|---|---|---|
| | **Tena Young**<br>**107 West King**<br>**Fairfield, IL 62837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Back pay__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Southeastern Illinois Counseling Centers, Inc.** | Case number *(if known)* |
| | Name | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,544.28** |

**Terminix International**
**PO Box 616**
**Mattoon, IL 61938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pest control/ Vendor Account (Services for the Robinson, Flora and Wabash locations)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,313.99** |

**The AME Group**
**Computer Support & Services**
**6001 East Old Hwy 50**
**Vincennes, IN 47591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software support /Vendor Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,400.00** |

**The Estate of Eugene S. Kostiuk MD**
**c/o Karen Stevens**
**4987 East Lakeview Lane**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Psychiatric counseling/Vendor Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361.60** |

**The Hanover Insurance Group**
**PO Box 580045**
**Charlotte, NC 28258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |

**The Wellness Loft, Inc.**
**PO Box 1739**
**Effingham, IL 62401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,420.00** |

**Traci Yarber**
**9042 Orchard Rd.**
**Lawrenceville, IL 62439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Back pay**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,227.84** |

**Visa**
**PO Box 4521**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Southeastern Illinois Counseling Centers, Inc.**                    Case number (if known) _____
        Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.43 |
|---|---|---|---|

**Wex Bank**
PO Box 6293
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Employee EAP for counseling__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,847.55 |
|---|---|---|---|

**Williams Brothers Healthcare**
1029 East Main Street
Olney, IL 62450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Client Prescriptions/Vendor Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.50 |
|---|---|---|---|

**WWTF - City of Robinson**
PO Box 188
Robinson, IL 62454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Ameren Illinois** PO Box 88034 Chicago, IL 60680 | Line **3.4** ☐ Not listed. Explain ____ | _ |
| 4.2 **Health Alliance Medical Plan** 1677 Reliable Parkway Chicago, IL 60686 | Line **3.26** ☐ Not listed. Explain ____ | _ |
| 4.3 **Illinois Department of Labor** 900 South Spring Street Springfield, IL 62704 | Line **3.33** ☐ Not listed. Explain ____ | _ |
| 4.4 **Illinois Dept of Labor** Regional Office Building 2309 W. Main St., Ste. 115 Marion, IL 62959 | Line **3.33** ☐ Not listed. Explain ____ | **2605** |
| 4.5 **Mass Mutual** PO Box 219062 Kansas City, MO 64121 | Line **3.43** ☐ Not listed. Explain ____ | _ |
| 4.6 **Secretary of State of Illinois** 213 State Capitol Springfield, IL 62756 | Line **3.63** ☐ Not listed. Explain ____ | _ |

| Debtor | **Southeastern Illinois Counseling Centers, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Terminix** <br> **PO Box 742592** <br> **Cincinnati, OH 45274** | Line **3.69** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.8 | **Visa Card Services** <br> **PO Box 875852** <br> **Kansas City, MO 64187** | Line **3.75** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.9 | **Wal Mart Community / SYNCHB** <br> **PO Box 530934** <br> **Atlanta, GA 30353** | Line **3.66** <br><br> ☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 78,567.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 416,532.23 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 495,099.23 |

**Fill in this information to identify the case:**

Debtor name  **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Management agreement wherein debtor has managed the housing options for Richland Residences, Inc. These are two living facilities which house individuals with persistent and serious mental illnesses in one facility and a supported living facility in the second facility. These facilities are owned by Richland Residences, but the management are supervised by HUD. The terms of the management agreeement are $2,074 per month payable to debtor. However, debtor has received no management fees under this agreement since September 2016 from Richland Residences. 515 W. St. John Street, Olney, IL and 209 S. Camp Street, Olney, IL due to low occupancy** |
| State the term remaining | **Month to month** |
| List the contract number of any government contract | _____ |

**Richland Residences, Inc. NFP
Drawer M
Olney, IL 62450**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1   **Southeastern Illinois Counseling Centers, Inc.**                    Case number (*if known*) _____

     First Name         Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Long term lease agreement for rental of real estate located at 208 East Main, Olney, IL wherein debtor is obligated to pay $1,200 per month. Debtor is in arrears by several months and will not be assuming this agreement. The specific end of lease was set forth as January 31, 2021.** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Tom Fehrenbacher** |
| | List the contract number of any government contract | **N/A** | **PO Box 539** **Olney, IL 62450** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **In exchange for behavioral health care for Wayne County citizens, debtor has been allowed to utilize the commercial facillity located at 401 N. Basin Road, Fairfield, IL 62837; in addition to free rent, debtor has been receiving $42,000 in annual payments as a subsidy to help offset costs of services; this payment has been paid in two installments over the course of the year for an extended period of time.** | |
|---|---|---|---|
| | State the term remaining | **Annual renewal** | **Wayne County 708 Board** |
| | List the contract number of any government contract | | **301 E. Main, Suite 203** **Fairfield, IL 62837** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Glenn Jackson** | **103 North Hubble Drive**<br>**Mount Erie, IL 62446** | **Internal Revenue Service** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Mary Buck** | **202 Ladue Drive**<br>**Mount Carmel, IL 62863** | **Internal Revenue Service** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **7/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From **7/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$274,135.00** |
   | **For year before that:**<br>From **7/01/2017** to **6/30/2018** | ■ Operating a business<br>☐ Other _____ | **$1,368,893.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Southeastern Illinois Counseling Centers, Inc.**                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Karen Hilliard v. Southeastern Illinois Counseling Centers, Inc. 18-002605 | Claim for back pay | Illinois Department of Labor 900 South Spring Street Springfield, IL 62704-2725 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | First Financial Bank, NA v. Southeastern Illinois Counseling Centers, Inc. 19-CH-2 | Foreclosure | Crawford County Circuit Clerk 100 Douglas Street Robinson, IL 62454 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Southeastern Illinois Counseling Centers, Inc.**        Case number *(if known)* _____

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bankruptcy Clinic, PC**<br>**2006 Broadway Street**<br>**Mount Vernon, IL 62864** | **Attorney Fees - $8,500**<br>**Filing Fees - $335** | **11/27/2018** | **$8,835.00** |
| | Email or website address<br>**mtvernon.bankruptcyclinic@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Wayne County**<br>**708 Mental Health Board**<br>**301 E. Main Street**<br>**Fairfield, IL 62837** | **Office furniture that was used in the former facility located at Wayne County Family Counseling Center was sold to another agency which took over operation of that center** | **December 10, 2018** | **$5,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

Debtor    **Southeastern Illinois Counseling Centers, Inc.**                    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2. | **Tom Fehrenbacher**<br>**Olney, IL** | **Sold real estate located at 504 Micah<br>Drive, Olney, IL for $90,000; after<br>mortgage and outsanding liens and loans<br>were paid off, debtor cleared $3,104** | **October 2017** | **$90,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.3. | **Name Unknown** | **Sold a 2000 Buick Century with<br>significant problems that otherwise<br>needed to be salvaged or scrapped** | **February 2018** | **$200.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.4. | **Jasper County Health<br>Department<br>Behavioral Health<br>106 East Edwards<br>Newton, IL 62448** | **Jasper County Health Department is now<br>the SUPR Provider and Record Custodian<br>for the clinical files from Southeastern<br>Illinois Counseling Center's Crawford<br>Family Counseling Center's location AND<br>the Richland Family Counseling Center<br>locations** | **December 2018** | **$0.00** |
| | Relationship to debtor<br>**SUPR Provider & Record<br>Custodian** | | | |
| 13.5. | **Lawrence County Health<br>Department<br>11020 State Route 250<br>Lawrenceville, IL 62439** | **Lawrence County Health Department is<br>now the SUPR Provider and Record<br>Custodian for the clinical files from<br>Southeastern Illinois Counseling Center's<br>Lawrence Family Counseling Center<br>location** | **January 2019** | **$0.00** |
| | Relationship to debtor<br>**SUPR Provider & Record<br>Custodian** | | | |
| 13.6. | **Egyptian Health Department<br>1412 US 45 North<br>Eldorado, IL 62930** | **Egyptian Health Department is now the<br>SUPR Provider and Record Custodian for<br>the clinical files from Southeastern<br>Illinois Counseling Center's Wayne<br>Family Counseling Center location** | **January 2019** | **$0.00** |
| | Relationship to debtor<br>**SUPR Provider & Record<br>Custodian** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

Debtor    **Southeastern Illinois Counseling Centers, Inc.**    Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Clay Family Counseling Center**<br>**901 West Third (R. 2 Box 1)**<br>**Flora, IL 62839** | **01/01/16 -10/03/18** |
| 14.2. | **Crawford Family Counseling Center**<br>**204 West Highland**<br>**Robinson, IL 62454** | **01/01/16 -10/03/18** |
| 14.3. | **Lawrence Family Counseling Center**<br>**1501 Olive**<br>**Lawrenceville, IL 62439** | **01/01/16 - 10/03/18** |
| 14.4. | **Richland Family Counseling Center**<br>**Drawer M**<br>**Olney, IL 62450** | **01/01/16 - 10/11/17** |
| 14.5. | **Wabash Family Counseling Center**<br>**602 East Fifth**<br>**Mount Carmel, IL 62863** | **01/01/16 - 03/31/17** |
| 14.6. | **Wayne Family Counseling Center**<br>**407 N Basin (RR3 - Box 770)**<br>**Fairfield, IL 62837** | **01/01/16 - 10/03/18** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐    No. Go to Part 9.
☑    Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Richland Family Counseling Center**<br>**106 Edwards Street**<br>**Newton, IL 62448** | **Behavioral health counseling** | **1,000 - 1,500 (estimated)** |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Jasper County Health Dept.**<br>**106 Edwards Street**<br>**Newton, IL 62448**<br>**(per arrangements made in conjunction with Illinois Dept. of Human Services, patient records were transferred to an alternative counseling agency; this was due to debtor's pending insolvency)** | **How are records kept?**<br><br>*Check all that apply:* |
| | | | ☐ Electronically<br>☑ Paper |
| 15.2. | **Crawford Family Counseling Center**<br>**204 W. Highland**<br>**Robinson, IL 62454** | **Behavioral health counseling** | **700 - 800 (estimated)** |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Jasper County Health Dept.**<br>**106 Edwards Street**<br>**Newton, IL 62448**<br>**(per arrangements made in conjunction with Illinois** | **How are records kept?**<br><br>*Check all that apply:* |

Debtor    **Southeastern Illinois Counseling Centers, Inc.**                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | Dept. of Human Services, patient records were transferred to an alternative counseling agency; this was due to debtor's pending insolvency) | |
| | | ☐ Electronically<br>■ Paper |

---

| 15.3. | **Clay Family Counseling Center**<br>**901 W. 3rd**<br>**Flora, IL 62839** | **Behavioral health counseling** | **450 - 550 (estimated)** |
|---|---|---|---|
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**These records remain in the Flora office; however, arrangements have been made to transfer these records to the following location pending Heartland's attempts to secure storage space for the following:**<br><br>**Heartland Human Services**<br>**1200 N. Fourth Street**<br>**PO Box 1047**<br>**Effingham, IL 62401**<br>**(per arrangements made in conjunction with Illinois Dept. of Human Services, patient records will be transferred to this alternative counseling agency)** | **How are records kept?**<br><br>*Check all that apply:* |
| | | | ☐ Electronically<br>■ Paper |

---

| 15.4. | **Lawrence Family Counseling Center**<br>**1501 Olive**<br>**Lawrenceville, IL 62439** | **Behavioral health counseling** | **700 - 800 (estimated)** |
|---|---|---|---|
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Lawrence Family Counseling Center**<br>**1501 Olive**<br>**Lawrenceville, IL 62439**<br>**(per arrangements made in conjunction with Illinois Dept. of Human Services, patient records were transferred to an alternative counseling agency; this was due to debtor's pending insolvency)** | **How are records kept?**<br><br>*Check all that apply:* |
| | | | ☐ Electronically<br>■ Paper |

---

| 15.5. | **Wayne Family Counseling Center**<br>**407 N. Basin**<br>**Fairfield, IL 62837** | **Behavioral health counseling** | **750 - 850 (estimated)** |
|---|---|---|---|
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*<br>**Egyptian Health Department**<br>**1412 US 45 North**<br>**Eldorado, IL 62930**<br>**(per arrangements made in conjunction with Illinois Dept. of Human Services, patient records were transferred to an alternative counseling agency; this was due to debtor's pending insolvency)** | **How are records kept?**<br><br>*Check all that apply:* |
| | | | ☐ Electronically<br>■ Paper |

---

**Part 9:    Personally Identifiable Information**

| Debtor | Southeastern Illinois Counseling Centers, Inc. | Case number *(if known)* | |
|--------|------------------------------------------------|--------------------------|--|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Debtor did collect personally identifiable information of patients via its counseling services in the past; however, the majority of the patient records and files have been turned over to alternative counsel agencies pre-petition as set forth in SOFA #15 during the two months preceding the filing of debtor's case**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| **Pension Plan, Mass Mutual** | EIN: |

Has the plan been terminated?
☐ No
■ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|
| 18.1. | **Mass Mutual** <br> **DMS** <br> **1295 State Street** <br> **Springfield, MA 01111** | **XXXX-** | ☐ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ■ Other **401(k) that was administered through Mass Mutual by the debtor for its employees; there was no money in this account to be distributed** | **November 27, 2018** | **$0.00** |

---

Debtor    **Southeastern Illinois Counseling Centers, Inc.**    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **First Financial Bank** **One First Financial Plaza** **Terre Haute, IN 47807** | **XXXX-0597** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **Account was a "Client Fee Account". Closed 10/29/2018 with a zero balance** | **$0.00** |
| 18.3. | **First Financial Bank** **PO Box 2122** **Terre Haute, IN 47802** | **XXXX-9180** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **Account was business and personal property account - closed on 01/10/19** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southeastern Illinois Counseling Centers, Inc.** | Case number *(if known)* | |

☑ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Mary Buck**<br>**202 Ladue Drive**<br>**Mount Carmel, IL 62863** | **Maintained all bookkeeping records for the business dating back to the late 1980's until the date of filing** |
| 26a.2. | **Leymone Hardcastle & Co. Ltd**<br>**Certified Public Accountants**<br>**PO Box 67**<br>**Flora, IL 62839** | **Financial statements for fiscal year ended June 30, 2017; 2016/2017 tax returns** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Southeastern Illinois Counseling Centers, Inc.**                   Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Leymone Hardcastle & Co, Ltd**<br>**PO Box 67**<br>**Flora, IL 62839** | **2015, 2016, 2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Mary Buck**<br>**202 Ladue Drive**<br>**Mount Carmel, IL 62863** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **State of Illinois - Attorney General**<br>**500 S. Second Street**<br>**Springfield, IL 62701** |
| 26d.2.  **Illinois Dept of Human Services**<br>**823 East Monroe**<br>**Springfield, IL 62701** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
■  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Glenn Jackson** | **06/30/2017** | **Replacement values** |
| Name and address of the person who has possession of inventory records | | |
| **Mary Buck**<br>**202 Ladue Drive**<br>**Mount Carmel, IL 62863** | | |
| 27.2.  **Glenn Jackson** | **12/30/2018** | **Value of items based on age and current condition** |
| Name and address of the person who has possession of inventory records | | |
| **Glenn Jackson**<br>**103 North Hubble Drive**<br>**Mount Erie, IL 62446** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Southeastern Illinois Counseling Centers, Inc.**          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Glenn Jackson | 103 North Hubble Drive Mount Erie, IL 62446 | Executive Director | N/A |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Mary Buck | 202 Ladue Drive Mount Carmel, IL 62863 | Director of Fiscal Services | 1983 - 11/18 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jennifer Oesch | 5080 N. Passport Rd. Noble, IL 62868 | Director of Human Relations | 2012 - 11/18 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Karen Free | | Board member | 2016 - 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Tom Carter | | Board Member | 2016 - 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Sue Ann Quayle | | Board Member | 2016 - 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Southeastern Illinois Counseling Centers, Inc.**                    Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  5, 2019**

**/s/ Glenn Jackson**                              **Glenn Jackson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Executive Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Illinois

In re __**Southeastern Illinois Counseling Centers, Inc.**_____    Case No. _____

_____    Chapter    **7**_____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **8,500.00** |
    | Prior to the filing of this statement I have received | $ | **8,500.00** |
    | Balance Due | $ | **0.00** |

2.  $ __**335.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**February  5, 2019**_____        **/s/ Jay B. Howd**_____
*Date*                                           **Jay B. Howd 6208980**
                                                 *Signature of Attorney*
                                                 **Bankruptcy Clinic, PC**
                                                 **2006 Broadway Street**
                                                 **Mount Vernon, IL 62864**
                                                 **1-618-315-6600  Fax: 1-618-315-6603**
                                                 **mtvernon.bankruptcyclinic@gmail.com**
                                                 *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Southeastern Illinois Counseling Centers, Inc.** _____    Case No. _____
                                                  Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Executive Director of the corporation named as the debtor in this case, hereby

verify that the attached list of creditors is true and correct to the best of my knowledge and that it

corresponds to the creditors listed in our schedules.

Date:    **February  5, 2019** _____    **/s/ Glenn Jackson** _____
                                                  **Glenn Jackson**/**Executive Director**
                                                  Signer/Title

Aarah, Slichenmyer
1308 Margo Street
Olney, IL 62450

Aflac
1932 Wynnton Road
Columbus, GA 31999

Alvin Ewing
709 Laurel
Fairfield, IL 62837

Ameren Illinois
Credit & Collections
2105 E State Route 104
Pawnee, IL 62558

Ameren Illinois
PO Box 88034
Chicago, IL 60680

Andrea Baker
1403 W. Mack
Olney, IL 62450

AT & T Mobility
PO Box 6463
Carol Stream, IL 60197

Attorney Barbara A. Weiner, LLC
600 Central Ave #325
Highland Park, IL 60035

Bertram Pharmacy
1300 North Allen Street
Mechanicsburg, IL 62545

Bradley Musgrave
208 W. Main Street
Oblong, IL 62449

Call Center Plus
832 W 1455 North
Logan, UT 84321

Carla Kuhl
5761 Old Ingraham Rd.
Ingraham, IL 62434


Carrie Parker
911 Landes Street
Mount Carmel, IL 62863


Chrysler Capital
Attention: Bankruptcy Dept.
PO box 961278
Fort Worth, TX 76161


City of Fairfield
109 Northeast Second Street
Fairfield, IL 62837


City of Flora
PO Box 249
Flora, IL 62839


City of Lawrenceville
PO Box 557
Lawrenceville, IL 62439


City of Olney
Water Dept.
300 South Whittle Avenue
Olney, IL 62450


Connie Hosmer
PO Box 562
Olney, IL 62450


Crawford County Circuit Clerk
100 Douglas Street
Robinson, IL 62454


Cynthia Lawson
1767 Cedar Lane
Sumner, IL 62466


Data Management Shredding
PO Box 3093
Terre Haute, IN 47803

David Judy
397 E. Small Lane Rd.
Noble, IL 62868


Donna Harris
1310 S. Linn Street
Olney, IL 62450


Eagleson Automotive
520 South Whittle Avenue
PO Box 157
Olney, IL 62450


Fehrenbacher LLC
1500 South Whittle Avenue
PO Box 539
Olney, IL 62450


First Financial Bank
PO Box 2122
Terre Haute, IN 47802


Flat Rock Telephone Co-Op
PO Box 147
Flat Rock, IL 62427


Frontier
PO Box 740407
Cincinnati, OH 45274


Gilbert Tennyson
507 East Center Street
Fairfield, IL 62837


Glenn Jackson
103 North Hubble Drive
Mount Erie, IL 62446


Gosnell Borden Enloe Sloss &
McCullough, Ltd.
815 12th Street
PO Box 737
Lawrenceville, IL 62439

Health Alliance
3310 Field South Drive
Champaign, IL 61822


Health Alliance Medical Plan
1677 Reliable Parkway
Chicago, IL 60686


Illinois Department of Labor
900 South Spring Street
Springfield, IL 62704


Illinois Dept of Empl. Security
Bankruptcy Section
401 South State St., 4th Floor
Chicago, IL 60605


Illinois Dept of Labor
Regional Office Building
2309 W. Main St., Ste. 115
Marion, IL 62959


Illinois Gas Company
PO Box 490
Olney, IL 62450


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James R. Tarpley II
1023 West Butler
Olney, IL 62450


Jane Thompson-Smith
PO Box 141
Noble, IL 62868


Jennifer Oesch
5080 N. Passport Rd.
Noble, IL 62868

Johnston Sanitation
c/o Chris Johnston
PO Box 70
Fairfield, IL 62837


K & K Janitorial Services
115 West 6th Street
Flora, IL 62839


Karen Hilliard
431 Brian Drive
Olney, IL 62450


Kathy Stokes
1416 6th Street
Lawrenceville, IL 62439


Kent Karcher
5272 E. US 50
Sumner, IL 62466


Kimberly Musgrave
208 W. Main Street
Oblong, IL 62449


Lawrence Co Circuit Clerk/Recorder
Lawrence County Courthouse
1100 State Street
Lawrenceville, IL 62439


Lawrence County Clerk & Recorder
Lawrence County Courthouse
1100 State Street
Lawrenceville, IL 62439


Lemond Chevrolet
412 East Main Street
Fairfield, IL 62837


Leymone Hardcastle & Co, Ltd
PO Box 67
Flora, IL 62839

Linda Hungerford MD
2516 Buckhorn Road
Sumner, IL 62466


Marathon Tire Service
220 North West Street
Olney, IL 62450


Martha Stephens
508 W. Illinois
Oblong, IL 62449


Mary Buck
202 Ladue Drive
Mount Carmel, IL 62863


Mass Mutual
DMS
1295 State Street
Springfield, MA 01111


Mass Mutual
PO Box 219062
Kansas City, MO 64121


Matthew Bender & Co
28544 Network Place
Chicago, IL 60673


Megan Calvert
213 N. Dorsey Rd.
Robinson, IL 62454


Melody Fore
616 N. Washington Street
Olney, IL 62450


Micropower
923 South 5th Street
Springfield, IL 62703


Micropower Computer Systems
923 South 5th Street
Springfield, IL 62703

Miller Office Equipment
PO Box 204
Olney, IL 62450


Miranda Donaldson
2035 Co Rd 350E
West Salem, IL 62476


Mt. Carmel Public Utility Co
316 Market Street
Mount Carmel, IL 62863


New Wave Communications
PO Box 9001060
Louisville, KY 40290


Olde Print Shoppe
1314 East Main Street
Olney, IL 62450


Paras Harshawat & Assoc.
Harsha Outpatient Services, LLC
4733 South 7th Street
Terre Haute, IN 47802


Rebecca Buffington
911 E. South Street
Olney, IL 62450


Renae Robertson
1594 Co Hwy 8
Fairfield, IL 62837


Renee Patterson
4980 N. Passport Rd.
Noble, IL 62868


Republic Services
12820 Cumminsville Road
Pimento, IN 47866


Richland Co Circuit Clerk/Recorder
103 West Main Street, #21
Olney, IL 62450-2170

Richland Residences, Inc. NFP
Drawer M
Olney, IL 62450

Robin Stumborg
100 N. 1st St SW
Clay City, IL 62824

Robinson Palestine Water Commission
PO Box 735
Robinson, IL 62454

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161

Save A Lot
118 East York Street
Olney, IL 62450

Secretary of State of Illinois
License Renewal
3701 Winchester Road
Springfield, IL 62707

Secretary of State of Illinois
213 State Capitol
Springfield, IL 62756

Shari Winter
13 Esther Rd
Fairfield, IL 62837

Summer Holshouser
504 East Market Street
Pottsville, PA 17901

Synchrony Bank
Attn Bankruptcy Department
PO Box 965061
Orlando, FL 32896-5061

Tamera Hayes
592 Brady Mountain Cutoff
Royal, AR 71968

Tena Young
107 West King
Fairfield, IL 62837


Terminix
PO Box 742592
Cincinnati, OH 45274


Terminix International
PO Box 616
Mattoon, IL 61938


The AME Group
Computer Support & Services
6001 East Old Hwy 50
Vincennes, IN 47591


The Estate of Eugene S. Kostiuk MD
c/o Karen Stevens
4987 East Lakeview Lane
Olney, IL 62450


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258


The Wellness Loft, Inc.
PO Box 1739
Effingham, IL 62401


Tom Fehrenbacher
PO Box 539
Olney, IL 62450


Tony Weston
DBA Weston's Lawn Equipment
10653 Kaskaskia Lane
Lawrenceville, IL 62439


Traci Yarber
9042 Orchard Rd.
Lawrenceville, IL 62439

USDA Rural Development
Centralized Servicing Center
PO Box 66506
Saint Louis, MO 63166


Visa
PO Box 4521
Carol Stream, IL 60197


Visa Card Services
PO Box 875852
Kansas City, MO 64187


Wabash County Clerk & Recorder
401 North Market Street
Mount Carmel, IL 62863


Wal Mart Community / SYNCHB
PO Box 530934
Atlanta, GA 30353


Wayne County 708 Board
301 E. Main, Suite 203
Fairfield, IL 62837


Westons Lawn Service
9716 Weston Road
Sumner, IL 62466


Wex Bank
PO Box 6293
Carol Stream, IL 60197


Williams Brothers Healthcare
1029 East Main Street
Olney, IL 62450


Wright, Shagley & Lowery, PC
500 Ohio Street
PO Box 9849
Terre Haute, IN 47807-3517


WWTF - City of Robinson
PO Box 188
Robinson, IL 62454