# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| SOUTHEASTERN ILLINOIS | ) | |
| COUNSELING CENTERS INC, | ) | |
| | ) | BK    19-60025 |
| Debtor. | ) | |

## APPLICATION TO EMPLOY GEORGE B. KRUSE
## AS ACCOUNTANT FOR THE TRUSTEE

NOW COMES Robert T. Bruegge, Trustee of the above-captioned case, who applies to the Court for authority to employ George B. Kruse as a professional, pursuant to 11 U.S.C. § 327(a), and in support states as follows:

1. That on February 5, 2019, the Debtor filed for relief under Chapter 7 of the Bankruptcy Code.

2. That Robert T. Bruegge is the Chapter 7 Trustee appointed in this case.

3. That the Trustee desires to employ George B. Kruse as accountant for the Trustee.

4. That the professional services to be rendered are as follows:

    Preparation of bankruptcy estate tax returns.

5. That the hourly rates charged by the applicant are as follows:

    George B. Kruse     $200.00
    Robin A. Kruse       $95.00

plus out-of-pocket expenses, such as copies, postage, telephone, and travel. Rates are subject to change without notice. Applicant understands and agrees to keep detailed records of time and expenses.

6. That George B. Kruse is experienced in the matters for which applicant is to

be employed and is qualified to represent the Trustee.

7. That the Trustee believes it is in the best interests of the estate to employ the professional to perform the services set forth at the cost set forth because George B. Kruse is experienced with bankruptcy tax issues.

8. That the Trustee has read the professional's Affidavit of Disinterest made pursuant to F.R.B.P. 2014 and to the best of the Trustee's knowledge believes the Affidavit to be true and correct.

9. That no fees shall be paid to the said professional except upon proper application to and approval by the Court.

WHEREFORE, the Trustee requests an Order authorizing the Trustee to employ the above-referenced professional in accordance with the terms and provisions of this Application. The Trustee does not intend to file a brief in connection with this Application, but reserves the right to file a responsive brief, if necessary.

ROBERT T. BRUEGGE, TRUSTEE,

By: /s/ Robert T. Bruegge
Robert T. Bruegge, Trustee
130 North Main Street
PO Box 510
Edwardsville, IL 62025
(618) 301-4878
(888) 519-6101 fax
rtbruegge@lawdept.net

**AFFIDAVIT OF DISINSTEREST PURSUANT
TO BANKRUPTCY RULE 2014(a)**

NOW COMES George B. Kruse, who makes the following statements under oath:

1. I am an accountant authorized to practice my profession under the laws of the State of Illinois.

2. I am a member of the firm of George B. Kruse, located at 7340 Munich Road, Bartelso, IL 62218.

3. The Trustee has asked that I perform the professional services as set forth on the Trustee's Application for employment on behalf of the estate. I am experienced and qualified in the matters for which I am to be employed as set forth in the Application.

4. Neither I nor the firm with which I am associated:

   A. Are a creditor, an equity security holder or an insider of the Debtor(s);

   B. Are an investment banker for and outstanding security of the Debtor(s);

   C. Are or have been, within three (3) years before the date of the filing of the petition in this case, an investment banker for securities of the Debtor;

   D. Are or have been, within the two (2) years before the date of the filing of the petition in this case, a director, officer, or employee of the Debtor or an investment banker specified in subparagraph B or C; and

   E. Have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of

any direct or indirect relationship to, connection with, or interest in the Debtor or an investment banker specified in subparagraph B or C, or for any other reason.

5. To the best of my knowledge, neither I nor the firm with which I am associated hold or represent any interest adverse to the interest of the estate. Neither I nor the firm with which I am associated has any connection with the Debtor, creditors, any other party interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as described as follows:

None.

6. Neither I nor the firm with which I am associated has shared or agreed to share and will not share or agree to share any compensation paid to it with any other person. Neither I nor the firm with which I am associated has received a retainer in this case.

7. The hourly rates charged by me and the firm are as follows:

George B. Kruse    $200.00
Robin A. Kruse     $95.00

8. I understand that I must keep detailed records of time and expenses.

Dated this 19th day of February, 2019.

_____
George B. Kruse

STATE OF ILLINOIS         )
                     St. Clair    ) SS
COUNTY OF ~~MADISON~~   )

    I, the undersigned, a Notary Public, in and for said County and State aforesaid, do hereby certify that George B. Kruse, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth.

    Given under my hand and Notarial Seal, this _15_ day of _Febuary_, 2019.

OFFICIAL SEAL
MELISSA L STOOKEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/20

_Melissa L Stookey_
Notary Public

## NOTICE OF ELECTRONIC FILING AND
## CERTIFICATE OF SERVICE BY MAIL

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | BK | 19-60025 |
| | ) SS | | |
| CITY OF EDWARDSVILLE | ) | Chapter 7 | |

Krista Doiron, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On March 4, 2019, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Application to Employ**.

The Deponent served electronically the **Application to Employ** to the following parties:

U.S. Trustee          Jay Howd

and served by mail to the following parties:

Southeastern Illinois Counseling Centers Inc
208 E Main St
Olney IL 62450

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Edwardsville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Krista Doiron