**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| SOUTHEASTERN ILLINOIS | ) | |
| COUNSELING CENTERS, INC., | ) | |
| | ) | BK    19-60025 |
| Debtor. | ) | |

## ORDER

This cause having come before the Court on the Trustee's Application to Employ and the Court being fully advised, hereby GRANTS the Application.  The Trustee is authorized to employ George B. Kruse as accountant for the Trustee and the estate with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore pursuant to 11 U.S.C. § 330.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: March 5, 2019

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE