District/Off: 0754−6   User: rj    Date Created: 4/2/2019
Case: 19−60025−lkg    Form ID: 200    Total: 113

## Recipients of Notice of Electronic Filing:

```
ust     United States Trustee      USTPRegion10.es.ecf@usdoj.gov
aty     Cari Anne Kauffman         ckauffman@sormanfrankel.com
aty     Jay B Howd                 marion@bankruptcy−clinic.com
                                                          TOTAL: 3
```

## Recipients submitted to the BNC (Bankruptcy Noticing Center):

```
db         Southeastern Illinois Counseling Centers, Inc.   208 East Main Street    Olney, IL 62450
tr         Robert T Bruegge     Trustee   130 N Main St    PO Box 510   Edwardsville, IL 62025
acc        George B. Kruse      7340 Munich Rd    Bartelso, IL 62218
4004644    AT & T Mobility      PO Box 6463     Carol Stream, IL 60197
4004638    Aarah, Slichenmyer   1308 Margo Street    Olney, IL 62450
4004639    Aflac       1932 Wynnton Road    Columbus, GA 31999
4004640    Alvin Ewing    709 Laurel    Fairfield, IL 62837
4004641    Ameren Illinois    Credit & Collections    2105 E State Route 104    Pawnee, IL 62558
4004642    Ameren Illinois    PO Box 88034    Chicago, IL 60680
4004643    Andrea Baker    1403 W. Mack    Olney, IL 62450
4004645    Attorney Barbara A. Weiner, LLC    600 Central Ave #325    Highland Park, IL 60035
4004646    Bertram Pharmacy    1300 North Allen Street    Mechanicsburg, IL 62545
4004647    Bradley Musgrave    208 W. Main Street    Oblong, IL 62449
4004648    Call Center Plus    832 W 1455 North    Logan, UT 84321
4004649    Carla Kuhl    5761 Old Ingraham Rd.    Ingraham, IL 62434
4004650    Carrie Parker    911 Landes Street    Mount Carmel, IL 62863
4004651    Chrysler Capital    Attention: Bankruptcy Dept.    PO box 961278    Fort Worth, TX 76161
4004652    City of Fairfield    109 Northeast Second Street    Fairfield, IL 62837
4004653    City of Flora    PO Box 249    Flora, IL 62839
4004654    City of Lawrenceville    PO Box 557    Lawrenceville, IL 62439
4004655    City of Olney    Water Dept.    300 South Whittle Avenue    Olney, IL 62450
4004656    Connie Hosmer    PO Box 562    Olney, IL 62450
4004657    Crawford County Circuit Clerk    100 Douglas Street    Robinson, IL 62454
4004658    Cynthia Lawson    1767 Cedar Lane    Sumner, IL 62466
4004659    Data Management Shredding    PO Box 3093    Terre Haute, IN 47803
4004660    David Judy    397 E. Small Lane Rd.    Noble, IL 62868
4004661    Donna Harris    1310 S. Linn Street    Olney, IL 62450
4004662    Eagleson Automotive    520 South Whittle Avenue    PO Box 157    Olney, IL 62450
4004663    Fehrenbacher LLC    1500 South Whittle Avenue    PO Box 539    Olney, IL 62450
4004664    First Financial Bank    PO Box 2122    Terre Haute, IN 47802
4004665    Flat Rock Telephone Co−Op    PO Box 147    Flat Rock, IL 62427
4004666    Frontier    PO Box 740407    Cincinnati, OH 45274
4004667    Gilbert Tennyson    507 East Center Street    Fairfield, IL 62837
4004668    Glenn Jackson    103 North Hubble Drive    Mount Erie, IL 62446
4004669    Gosnell Borden Enloe Sloss &    McCullough, Ltd.    815 12th Street    PO Box 737    Lawrenceville, IL 62439
4004670    Health Alliance    3310 Field South Drive    Champaign, IL 61822
4004671    Health Alliance Medical Plan    1677 Reliable Parkway    Chicago, IL 60686
4009886    Illinois Department of Employment Security    33 S State St    10th Flr Coll. Bkry    Chicago, IL 60603
4004672    Illinois Department of Labor    900 South Spring Street    Springfield, IL 62704
4004673    Illinois Dept of Empl. Security    Bankruptcy Section    401 South State St., 4th Floor    Chicago, IL 60605
4004674    Illinois Dept of Labor    Regional Office Building    2309 W. Main St., Ste. 115    Marion, IL 62959
4004675    Illinois Gas Company    PO Box 490    Olney, IL 62450
4004676    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
4004677    James R. Tarpley II    1023 West Butler    Olney, IL 62450
4004678    Jane Thompson−Smith    PO Box 141    Noble, IL 62868
4004679    Jennifer Oesch    5080 N. Passport Rd.    Noble, IL 62868
4004680    Johnston Sanitation    c/o Chris Johnston    PO Box 70    Fairfield, IL 62837
4004681    K & K Janitorial Services    115 West 6th Street    Flora, IL 62839
4004682    Karen Hilliard    431 Brian Drive    Olney, IL 62450
4004683    Kathy Stokes    1416 6th Street    Lawrenceville, IL 62439
4004684    Kent Karcher    5272 E. US 50    Sumner, IL 62466
4004685    Kimberly Musgrave    208 W. Main Street    Oblong, IL 62449
4004686    Lawrence Co Circuit Clerk/Recorder    Lawrence County Courthouse    1100 State Street    Lawrenceville, IL 62439
4004687    Lawrence County Clerk & Recorder    Lawrence County Courthouse    1100 State Street    Lawrenceville, IL 62439
4004688    Lemond Chevrolet    412 East Main Street    Fairfield, IL 62837
```

| | | | | |
|---|---|---|---|---|
| 4004689 | Leymone Hardcastle & Co, Ltd | PO Box 67 | Flora, IL 62839 | |
| 4004690 | Linda Hungerford MD | 2516 Buckhorn Road | Sumner, IL 62466 | |
| 4004691 | Marathon Tire Service | 220 North West Street | Olney, IL 62450 | |
| 4004692 | Martha Stephens | 508 W. Illinois | Oblong, IL 62449 | |
| 4004693 | Mary Buck | 202 Ladue Drive | Mount Carmel, IL 62863 | |
| 4004694 | Mass Mutual | DMS | 1295 State Street | Springfield, MA 01111 |
| 4004695 | Mass Mutual | PO Box 219062 | Kansas City, MO 64121 | |
| 4004696 | Matthew Bender & Co | 28544 Network Place | Chicago, IL 60673 | |
| 4004697 | Megan Calvert | 213 N. Dorsey Rd. | Robinson, IL 62454 | |
| 4004698 | Melody Fore | 616 N. Washington Street | Olney, IL 62450 | |
| 4004699 | Micropower | 923 South 5th Street | Springfield, IL 62703 | |
| 4004700 | Micropower Computer Systems | 923 South 5th Street | Springfield, IL 62703 | |
| 4004701 | Miller Office Equipment | PO Box 204 | Olney, IL 62450 | |
| 4004702 | Miranda Donaldson | 2035 Co Rd 350E | West Salem, IL 62476 | |
| 4004703 | Mt. Carmel Public Utility Co | 316 Market Street | Mount Carmel, IL 62863 | |
| 4004704 | New Wave Communications | PO Box 9001060 | Louisville, KY 40290 | |
| 4004705 | Olde Print Shoppe | 1314 East Main Street | Olney, IL 62450 | |
| 4004706 | Paras Harshawat & Assoc. | Harsha Outpatient Services, LLC | 4733 South 7th Street | Terre Haute, IN 47802 |
| 4004707 | Rebecca Buffington | 911 E. South Street | Olney, IL 62450 | |
| 4004708 | Renae Robertson | 1594 Co Hwy 8 | Fairfield, IL 62837 | |
| 4004709 | Renee Patterson | 4980 N. Passport Rd. | Noble, IL 62868 | |
| 4004710 | Republic Services | 12820 Cumminsville Road | Pimento, IN 47866 | |
| 4004711 | Richland Co Circuit Clerk/Recorder | 103 West Main Street, #21 | Olney, IL 62450–2170 | |
| 4004712 | Richland Residences, Inc. NFP | Drawer M | Olney, IL 62450 | |
| 4004713 | Robin Stumborg | 100 N. 1st St SW | Clay City, IL 62824 | |
| 4004714 | Robinson Palestine Water Commission | PO Box 735 | Robinson, IL 62454 | |
| 4004715 | Santander Consumer USA | PO Box 961245 | Fort Worth, TX 76161 | |
| 4004716 | Save A Lot | 118 East York Street | Olney, IL 62450 | |
| 4004718 | Secretary of State of Illinois | 213 State Capitol | Springfield, IL 62756 | |
| 4004717 | Secretary of State of Illinois | License Renewal | 3701 Winchester Road | Springfield, IL 62707 |
| 4004719 | Shari Winter | 13 Esther Rd | Fairfield, IL 62837 | |
| 4004720 | Summer Holshouser | 504 East Market Street | Pottsville, PA 17901 | |
| 4004721 | Synchrony Bank | Attn Bankruptcy Department | PO Box 965061 | Orlando, FL 32896–5061 |
| 4004722 | Tamera Hayes | 592 Brady Mountain Cutoff | Royal, AR 71968 | |
| 4004723 | Tena Young | 107 West King | Fairfield, IL 62837 | |
| 4004724 | Terminix | PO Box 742592 | Cincinnati, OH 45274 | |
| 4004725 | Terminix International | PO Box 616 | Mattoon, IL 61938 | |
| 4004726 | The AME Group | Computer Support & Services | 6001 East Old Hwy 50 | Vincennes, IN 47591 |
| 4004727 | The Estate of Eugene S. Kostiuk MD | c/o Karen Stevens | 4987 East Lakeview Lane | Olney, IL 62450 |
| 4004728 | The Hanover Insurance Group | PO Box 580045 | Charlotte, NC 28258 | |
| 4004729 | The Wellness Loft, Inc. | PO Box 1739 | Effingham, IL 62401 | |
| 4004730 | Tom Fehrenbacher | PO Box 539 | Olney, IL 62450 | |
| 4004731 | Tony Weston | DBA Weston's Lawn Equipment | 10653 Kaskaskia Lane | Lawrenceville, IL 62439 |
| 4004732 | Traci Yarber | 9042 Orchard Rd. | Lawrenceville, IL 62439 | |
| 4004733 | USDA Rural Development | Centralized Servicing Center | PO Box 66506 | Saint Louis, MO 63166 |
| 4004734 | Visa | PO Box 4521 | Carol Stream, IL 60197 | |
| 4004735 | Visa Card Services | PO Box 875852 | Kansas City, MO 64187 | |
| 4004743 | WWTF – City of Robinson | PO Box 188 | Robinson, IL 62454 | |
| 4004736 | Wabash County Clerk & Recorder | 401 North Market Street | Mount Carmel, IL 62863 | |
| 4004737 | Wal Mart Community / SYNCHB | PO Box 530934 | Atlanta, GA 30353 | |
| 4004738 | Wayne County 708 Board | 301 E. Main, Suite 203 | Fairfield, IL 62837 | |
| 4004739 | Westons Lawn Service | 9716 Weston Road | Sumner, IL 62466 | |
| 4004740 | Wex Bank | PO Box 6293 | Carol Stream, IL 60197 | |
| 4004741 | Williams Brothers Healthcare | 1029 East Main Street | Olney, IL 62450 | |
| 4004742 | Wright, Shagley & Lowery, PC | 500 Ohio Street | PO Box 9849 | Terre Haute, IN 47807–3517 |

TOTAL: 110