**Fill in this information to identify the case:**

Debtor name   **Southeastern Illinois Counseling Centers, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)   **19-60025**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **Unknown** |

As of the petition filing date, the claim is: *Check all that apply.*

**Bertram Pharmacy**
**1300 North Allen Street**
**Robinson, IL 62454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Client prescriptions / Vendor Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $   0.00 |
| 5b. Total claims from Part 2 | 5b. + | $   0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $   0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          41852          Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Illinois

In re   __Southeastern Illinois Counseling Centers, Inc.__                                      Case No.   __19-60025__
                                                                    Debtor(s)        Chapter   __7__

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Executive Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:   __April 16, 2019__                               __/s/ Glenn Jackson__
                                                **Glenn Jackson**/**Executive Director**
                                                Signer/Title

.

```
Bertram Pharmacy
1300 North Allen Street
Robinson, IL 62454
```

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following concerned individuals and all parties listed case via US Mail on April 16, 2019 with the Notice of Meeting of Creditors and the Notice to Creditors and Other Parties in Interest of the Need to File Claims, a Proof of Claim form and Instruction, unless served via electronically.

Bertram Pharmacy, Inc.
1300 North Allen
Robinson, IL 62454

Served Electronically:

United States Trustee
Robert T. Bruegge, Chapter 7 Trustee

By:   /s/ Amie Nitz
Bankruptcy Clinic, PC
2006 Broadway
Mt. Vernon, IL 62864
Phone: (618) 315-6600
Fax: (618) 315-6603