UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

IN RE:  SOUTHEASTERN ILLINOIS      CASE NO. 19-60025
       COUNSELING CENTERS, INC.,
       Debtor.

## ENTRY OF APPEARANCE
## AND REQUEST TO RECEIVE NOTICES

Comes now, Thomas S. Clary II, of the law firm of Wright, Shagley & Lowery, P.C. and respectfully enters his appearance in and on behalf of the Creditor, First Financial Bank, N.A., in the above-referenced cause of action, and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a), including, without limitation, all proposed Disclosure Statements and Plans of Reorganization.  All such notices should be addressed to the address listed below.

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, plan of reorganization or disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telefax or otherwise, filed with regard to the above case and proceedings therein.

First Financial Bank, N.A. hereby expressly reserve, and do not waive, all rights, claims, objections and privileges to which they are entitled under law, statute or otherwise, including, but not limited to, the right to a jury trial, the right to request withdrawal of reference, and the right to object to entry of certain orders in non-core matters.

The undersigned additionally requests that the debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

> WRIGHT, SHAGLEY & LOWERY, P.C.
> 500 Ohio Street, P.O. Box 9849
> Terre Haute, IN 47808
> Phone: (812) 232-3388
> Fax #: (812) 232-8817
> E-mail: tclary@wslfirm.com
>
> By: _____
> Thomas S. Clary II - #6291237
> Attorney for First Financial Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, a copy of the foregoing Entry of Appearance and Request to Receive Notices was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jay B. Howd, Attorney for Debtor
Robert T. Bruegge, BK Trustee
US. Trustee

_____
Thomas S. Clary II