**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| SOUTHEASTERN ILLINOIS | ) | |
| COUNSELING CENTERS INC, | ) | |
| | ) | BK    19-60025 |
| Debtor. | ) | |

### NOTICE OF TRUSTEE'S INTENT TO SELL

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the Trustee, Robert T. Bruegge, intends to sell at public auction, free and clear of all liens and encumbrances, with all valid liens, if any, to attach to the proceeds of the sale, the following described property, to wit:

> 2012 Chevrolet Malibu
> 2005 Buick LaCrosse
> Two (2) 2003 Pontiac Grand Ams
> 2007 Chevrolet Uplander

to highest and best bid received at a public auction held by Martin Auction Services LLC to be held at 9515 Texas Church Road, Clinton, IL 61727, to be conducted on September 7, 2019, commencing at 8:30 a.m..

Any OBJECTIONS to the allowance of said sale must be in writing and filed with the COURT on or before August 19, 2019, with a copy to the Trustee.

If a timely Objection is filed, a hearing will be held at 9:00 a.m. on the 28th day of August, 2019, at the US Bankruptcy Court, 301 West Main Street, Benton, Illinois 61812.

If no Objections are filed within the time set, the Trustee is authorized to sell the property without further Order.

ROBERT T. BRUEGGE, TRUSTEE,

By: /s/ Robert T. Bruegge
Robert T. Bruegge, Trustee
130 North Main Street
PO Box 510
Edwardsville, IL 62025
(618) 301-4878
(888) 519-6101 fax
rtbruegge@lawdept.net

Direct all Court correspondence to 301 West Main Street, Benton, IL 62812

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List and that a copy of the foregoing was served upon all interested parties and all creditors in the above-captioned cause by enclosing the same in an envelope addressed to each attorney or interested party at their addresses disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Edwardsville, Illinois on the 29th day of July, 2019.

/s/ Krista Doiron