**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-60025 | | | Trustee Name: | Robert T. Bruegge |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SOUTHEASTERN ILLINOIS COUNSELING CENTERS INC | | | Date Filed (f) or Converted (c): | 02/05/2019 (f) |
| For the Period Ending: | 09/30/2019 | | | §341(a) Meeting Date: | 03/28/2019 |
| | | | | Claims Bar Date: | 07/01/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | First Financial Bank 6284 | $783.00 | $783.00 | | $763.16 | FA |
| 2 | First National Bank in Olney 5089 | $441.00 | $441.00 | | $441.38 | FA |
| 3 | Trust Bank 6708 | $116.00 | $116.00 | | $115.70 | FA |
| 4 | Four drawer filing cabinets (97), two drawer filing cabinets (28), three drawer filing cabinets (2), desks (regular shaped) (38), L shaped desks (6), desk chairs (52), non-stackable chairs (123), meeting room tables (26), lateral files (7), TV carts (5), storage cabinets (5), computer stations (2), couch (1) | $13,200.00 | $13,200.00 | | $0.00 | $13,200.00 |
| 5 | Office equipment, including all computer equipment and communication systems equipment and software Computers (26), server (1), printers (30), copiers (11), fax machines (3), phone systems (5), typewriters (2), shredders (5), VCR / DVD player (11), TV's (10), high speed scanners (1), laminating machine (1), overhead projector (1), microwaves (6), refrigerator (1) | $12,250.00 | $12,250.00 | | $0.00 | $12,250.00 |
| 6 | 2015 Dodge Dart | $8,066.00 | $0.00 | | $0.00 | FA |
| 7 | 2012 Chevrolet Malibu | $5,834.00 | $5,834.00 | | $4,750.00 | FA |
| 8 | 2005 Buick LaCrosse | $2,209.00 | $2,209.00 | | $1,000.00 | FA |
| 9 | 2003 Pontiac Grand Am | $1,154.00 | $1,154.00 | | $500.00 | FA |
| 10 | 2003 Pontiac Grand Am | $1,160.00 | $1,160.00 | | $550.00 | FA |
| 11 | 2007 Chevrolet Uplander | $3,458.00 | $3,458.00 | | $4,000.00 | FA |
| 12 | Commercial building located at 901 W. 3rd, Flora, IL 62839 (Clay County) | $85,000.00 | $1,722.00 | | $0.00 | $85,000.00 |
| 13 | Commercial building located at 1501 Olive, Lawrenceville, IL 62439 (Lawrence County) | $50,000.00 | $0.00 | | $0.00 | FA |

| Case No.: | 19-60025 | Trustee Name: | Robert T. Bruegge |
| Case Name: | SOUTHEASTERN ILLINOIS COUNSELING CENTERS INC | Date Filed (f) or Converted (c): | 02/05/2019 (f) |
| For the Period Ending: | 09/30/2019 | §341(a) Meeting Date: | 03/28/2019 |
| | | Claims Bar Date: | 07/01/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14  Two commercial buildings on two contiguous lots located at 204 West Highland, Robinson, IL 62454 and 204 A West Highland, Robinson, IL 62454 (Crawford County) | $200,000.00 | $0.00 | | $0.00 | FA |
| 15  Commercial building on single lot located at 602 E. Fifth, Mt. Carmel, IL 62863 (Wabash County) | $110,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $493,671.00 | $42,327.00 | | $12,120.24 | $110,450.00 |

**Major Activities affecting case closing:**

| 09/30/2019 | Mailed check and IL Charitable Organization Annual Report |
| 09/30/2019 | Filed Appl Acct Compensation & Ntc |
| 09/26/2019 | RTB requested corrected bill from accountant |
| 09/26/2019 | Filed Mtn Pay |
| 09/26/2019 | Received revised accountant bill |
| 09/24/2019 | Mailed 2017 and 2018 tax returns to IRS |
| 09/24/2019 | Received accountant bill; Forwarded to RTB with notes |
| 09/19/2019 | Auctioneer compensation incorrect on settlement statement for vehicles auctioned.  Auctioneer will email corrected statement. |
| 09/19/2019 | Received corrected settlement statement from auctioneer |
| 09/19/2019 | Filed Rpt Sale, Appl Auctioneer Compensation & Ntc |
| 09/12/2019 | Email from Bray Title Services advising request for title commitment accepted |
| 09/11/2019 | Received telephone call from Derek Bailey.  Interested in purchasing property in Flora.  Number is (217) 343-9279. |
| 09/11/2019 | Email to Bray Title Services requesting title commitment on Flora property |
| 09/11/2019 | Email to Roy Dent advising title commitment requested on Flora property |
| 09/05/2019 | Email from Roy Dent re 901 W 3rd St, Flora IL. Forwarded to RTB |
| 09/05/2019 | Ran Westlaw search for federal tax liens;  Searched IL SoS for federal tax liens |
| 08/22/2019 | Email from Roy Dent re 901 W 3rd St, Flora IL.  Forwarded to RTB |
| 07/29/2019 | Received email from auctioneer regarding date and location of 9/7/19 auction |
| 07/29/2019 | Filed Ntc Intent Sell |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 19-60025 | Trustee Name: | Robert T. Bruegge |
| --- | --- | --- | --- |
| Case Name: | SOUTHEASTERN ILLINOIS COUNSELING CENTERS INC | Date Filed (f) or Converted (c): | 02/05/2019 (f) |
| For the Period Ending: | 09/30/2019 | §341(a) Meeting Date: | 03/28/2019 |
| | | Claims Bar Date: | 07/01/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 07/25/2019 | Response sent to autioneer |
| 07/24/2019 | Email from auctioneer re auction date |
| 07/10/2019 | Emailed O GR Appl Employ Auctioneer to auctioneer |
| 07/08/2019 | Filed Appl Employ Auctioneer; Sent keys and titles to auctioneer |
| 07/08/2019 | Email to db's atty re location of cars |
| 07/01/2019 | Received Ltr from First Financial Bank re insurance; Forwarded to RTB |
| 06/27/2019 | Emailed Appl Employ to auctioneer |
| 06/26/2019 | RTB reviewed USDA MFR & Abn and spoke with realtor at Mundy Realty. Property will not sell for enough to pay mortgage and IRS lien, so no objection will be filed. |
| 06/21/2019 | USDA filed MFR & Abn. Forwarded to RTB |
| 06/10/2019 | USDA filed MFR & Abn. Forwarded to RTB. Court processed as deficient |
| 06/04/2019 | Ltr from db's atty re annual report; Forwarded to RTB |
| 06/03/2019 | Received email from Ray Vaughn. Forwarded to RTB |
| 04/22/2019 | Ltr from Atty Thomas Clary re First Financial Bank account |
| 04/18/2019 | Ltr from Atty Thomas Clary re First Financial Bank account, Forwarded to RTB |
| 04/17/2019 | Received utility bill ad Ntc from IL Atty General from dbs' atty. Fowarded to RTB |
| 04/17/2019 | Funds not received from First Financial Bank. forwarded to RTB for review |
| 04/17/2019 | Per RTB Notes, he forwarded Ntc from IL Atty General to George Kruse |
| 04/11/2019 | Ltr from Atty Jon Racklin re bank account |
| 04/09/2019 | Ltr from Atty Jon Racklin re bank account |
| 04/04/2019 | Ltr to Steven Mitnick |
| 04/03/2019 | 2nd Ltr to First Financial Bank re bank account funds |
| 04/03/2019 | Ltr to Atty Thomas S Clary II re MFR |
| 04/01/2019 | 2nd Ltr to Trust Bank re bank account funds |
| 04/01/2019 | Ltr from SM Financial Services Corp |
| 04/01/2019 | Ltr from Atty Thomas S Clary II re MFR; Forwarded to RTB |
| 03/25/2019 | 2nd Ltr to USDA Rural Development re loan documentation |
| 03/14/2019 | Received Loan Docs from First Financial Bank |
| 03/07/2019 | Memo to File; Copied to George Kruse |
| 03/06/2019 | Email from George Kruse re meeting with Mr Jackson and/or Ms Buck. Email to db's atty to obtain contact info. |
| 03/06/2019 | Received contact information for Ms. Buck from db's atty. Forwarded to George Kruse. |
| 03/05/2019 | O GR Appl Employ Accountant entered |
| 03/05/2019 | Emailed tax documents received 3/5/19 to George Kruse |

**SUBTOTALS** $0.00 $0.00

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-60025 | | | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|---|---|
| Case Name: | SOUTHEASTERN ILLINOIS COUNSELING CENTERS INC | | | Date Filed (f) or Converted (c): | 02/05/2019 (f) |
| For the Period Ending: | 09/30/2019 | | | §341(a) Meeting Date: | 03/28/2019 |
| | | | | Claims Bar Date: | 07/01/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 02/28/2019 | Email to db's atty requesting titles for vehicles, or in alternative, VIN's |
| 02/28/2019 | Per db's atty: They are working on obtaining vehicle titles or VIN's |
| 02/26/2019 | Ltr to First Financial Bank re loan documentation, Ltr to First Financial Bank re bank account funds |
| 02/26/2019 | Ltr to USDA Rural Development re loan documentation |
| 02/26/2019 | Ltr to First National Bank in Olney re bank account funds |
| 02/26/2019 | Ltr to Trust Bank re bank account funds |
| 02/26/2019 | Ltr to Ray Vaughn re equipment etc |
| 02/26/2019 | Memo to George Kruse |
| 02/26/2019 | Mailed Appl Employ Auctioneer to Roger Hertenstein |
| 02/26/2019 | Received email from George Kruse. Response sent with Appl Employ |
| 02/21/2019 | Received email from db's atty re transfer of records |

Initial Projected Date Of Final Report (TFR):   03/06/2020        Current Projected Date Of Final Report (TFR):

/s/ ROBERT T. BRUEGGE

ROBERT T. BRUEGGE

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 19-60025 | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|
| Case Name: | SOUTHEASTERN ILLINOIS COUNSELING CENTERS INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5903 | Checking Acct #: | ******0025 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2019 | (2) | First National Bank in Olney | First National Bank in Olney 5089 | 1129-000 | $441.38 | | $441.38 |
| 04/11/2019 | (3) | Trust Bank | Trust Bank account | 1129-000 | $115.70 | | $557.08 |
| 04/30/2019 | (1) | First Financial Bank | First Financial Bank account | 1129-000 | $763.16 | | $1,320.24 |
| 09/19/2019 | | Martin Auction Services LLC | 2012 Chevy Malibu, 2003 Pontiac Grand Am. 2003 Pontiac Grand Am, 2005 Buick LaCrosse, and 2007 Chevy Uplander | * | $10,800.00 | | $12,120.24 |
| | {7} | | | $4,750.00 | 1129-000 | | $12,120.24 |
| | {9} | | | $500.00 | 1129-000 | | $12,120.24 |
| | {10} | | | $550.00 | 1129-000 | | $12,120.24 |
| | {8} | | | $1,000.00 | 1129-000 | | $12,120.24 |
| | {11} | | | $4,000.00 | 1129-000 | | $12,120.24 |
| 09/30/2019 | 1001 | Illinois Charity Bureau Fund | Annual Report Filing Fee | 2990-000 | | $15.00 | $12,105.24 |

**SUBTOTALS** $12,120.24 $15.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 19-60025 | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|
| Case Name: | SOUTHEASTERN ILLINOIS COUNSELING CENTERS INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5903 | Checking Acct #: | ******0025 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $12,120.24 | $15.00 | $12,105.24 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $12,120.24 | $15.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $12,120.24 | $15.00 | |

| For the period of 10/01/2018 to 09/30/2019 | | For the entire history of the account between 03/07/2019 to 9/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,120.24 | Total Compensable Receipts: | $12,120.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,120.24 | Total Comp/Non Comp Receipts: | $12,120.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15.00 | Total Compensable Disbursements: | $15.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.00 | Total Comp/Non Comp Disbursements: | $15.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | | |
|---|---|---|
| **Case No.** 19-60025 | **Trustee Name:** | Robert T. Bruegge |
| **Case Name:** SOUTHEASTERN ILLINOIS COUNSELING CENTERS INC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***5903 | **Checking Acct #:** | ******0025 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 10/01/2018 | **Blanket bond (per case limit):** | $48,364,291.00 |
| **For Period Ending:** 09/30/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $12,120.24 | $15.00 | $12,105.24 |

**For the period of 10/01/2018 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $12,120.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,120.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/07/2019 to 9/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $12,120.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,120.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.00 |
| Total Internal/Transfer Disbursements: | $0.00 |