IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| SOUTHEASTERN ILLINOIS | ) | |
| COUNSELING CENTERS INC, | ) | |
| | ) | BK    19-60025 |
| Debtor. | ) | |

## TRUSTEE'S OBJECTION TO CLAIM

TO:  Robin Stromberg, Alvin Ewing, Gilbert Tennyson, Megan Calvert, Miranda A Donaldson, Jane Ann Thompson Smith, Mary Buck, Jennifer Oesch, Cynthia Lawson, Bradley Musgrave, and Kimberly Musgrave

Robert T. Bruegge, Chapter 7 Trustee (hereinafter "Trustee'), objects to the following claim:

| Claimant of Claim Objected To: | Claim Number | Amount of Claim |
|---|---|---|
| Robin Stumberg | 3 | $1,100.00 |
| Alvin Ewing | 6 | $11,230.00 |
| Gilbert Tennyson | 7 | $8,500.00 |
| Megan Calvert | 12 | $7,315.00 |
| Miranda A Donaldson | 19 | $11,000.00 |
| Jane Ann Thompson Smith | 20 | $9,200.00 |
| Mary Buck | 22P | $13,650.00 |
| Jennifer Oesch | 26 | $11,000.00 |
| Cynthia Lawson | 28 | $10,392.00 |
| Bradley Musgrave | 30 | $3,300.00 |
| Kimberly Musgrave | 31 | $3,000.00 |

Said claims should be disallowed as priority claims, but allowed as general unsecured claims. The basis for the Trustee's Objection is as follows:

> Claims are not entitled to priority status as employment was terminated more than 180 days prior to the bankruptcy filing.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, THEN ON OR BEFORE THE 16TH DAY OF NOVEMBER, 2020, YOU OR YOUR ATTORNEY MUST FILE A WRITTEN RESPONSE WITH THE BANKRUPTCY COURT AT 301 WEST MAIN STREET, BENTON, ILLINOIS 62812 AND SERVE A**

**COPY OF YOUR RESPONSE ON TRUSTEE ROBERT T. BRUEGGE AT 6 GINGER CREEK VILLAGE DRIVE, GLEN CARBON, ILLINOIS 62034 AND ALL PARTIES LISTED ON THE ATTACHED PROOF OF SERVICE.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE DATE STATED ABOVE.**

**IF A RESPONSE IS NOT FILED WITH THE BANKRUPTCY COURT** on or before November 16, 2020, the Court will enter an Order on the Hearing Date for Trustee's Final Report, upholding the above Trustee's Objection to your claim.

**IF A RESPONSE IS FILED WITH THE BANKRUPTCY COURT** on or before the 16th day of November, 2020, and a resolution cannot be reached between the Trustee and you as the responding claimant, a hearing will be held on the Trustee's Objection to Claim and your response thereto. This hearing will be held on the same date as the hearing on the Trustee's Final Report. A Notice of Hearing on the Trustee's Final Report and the Trustee's Objection to Claim will be sent to you at a later date and time. Failure to appear at the Final Report Hearing may result in the Court sustaining the Trustee's Objection to your claim.

Go to www.ilsb.uscourts.gov for information regarding mandatory electronic filing.

      WHEREFORE, Robert T. Bruegge, Trustee, prays that the Court sustain the Trustee's Objection to the claim as set forth above and for such other and further relief as this Court deems just and equitable.

ROBERT T. BRUEGGE, TRUSTEE,

By: /s/ Robert T. Bruegge
Robert T. Bruegge, Trustee
6 Ginger Creek Village Drive
Glen Carbon, IL 62034
(618) 692-5512
(888) 519-6101 fax

## CERTIFICATE OF MAILING

I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List and that a copy of the foregoing was served upon all interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each attorney or interested party at their addresses disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Edwardsville, Illinois on the 26th day of October, 2020.

| | | |
|---|---|---|
| Robin Stumberg | Alvin Ewing | Gilbert Tennyson |
| 100 N 1st St SW | 709 Laurel St | 507 E Center St |
| Clay City IL 62824 | Fairfield IL 62837 | Fairfield IL 62837 |

| | | |
|---|---|---|
| Megan Calvert<br>213 N Dorsey Rd<br>Robinson IL 62454 | Miranda Donaldson<br>2035 County Rd 350 E<br>W Salem IL 62476 | Jane Ann Thompson Smith<br>306 Ida<br>PO Box 141<br>Noble IL 62868 |
| Mary Buck<br>202 Ladue Dr<br>Mt Carmel IL 62863 | Jennifer Oesch<br>5080 N Passport Rd<br>Noble IL 62868 | Cynthia Lawson<br>1767 Cedar Ln<br>Sumner IL 62466 |
| Bradley Musgrave<br>208 W Main St<br>Olney IL 62449 | Kimberly Musgrave<br>208 W Main St<br>Olney IL 62449 | |

/s/ Krista Doiron