November 2, 2020

**FILED**

NOV 0 4 2020

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT, ILLINOIS

Law Office of Robert T Bruegge

6 Ginger Creek Village Drive

Glen Carbon, IL 62034

IN RE: Southeastern ILLINOIS COUNSELING CENTERS INC

In Proceedings Under Chapter 7    BK 19-60025

In response to your recent letter recently received (post-marked) October 26, 2020 Gilbert Tennyson and Alvin Ewing request claims be allowed as priority claims due to employment terminated less than 180 days.

We would like to request the judge or person deciding claim to decide in our favor and for us to be paid on the Claim Number 6 Alvin Ewing for $11,230.00 and Claim Number 7 Gilbert Tennyson for $8,500.00. A reasonable amount paid to us is acceptable if determined reasonable by judge or person deciding claim.

Sincerely,

*Alvin Ewing* (signature)    *Gilbert Tennyson* (signature)

Alvin Ewing    Gilbert Tennyson

709 Laurel St.    507 E. Center St.

Fairfield, IL 62837    Fairfield, IL 62837

Phone: (618) 516-1317    (618) 516-3159