# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| SOUTHEASTERN ILLINOIS | ) | |
| COUNSELING CENTERS INC, | ) | |
| | ) | BK    19-60025 |
| Debtor. | ) | |

## **AGREED ORDER**

This cause having come before the Court on the Trustee's Objection to Claim #21 and the Response, filed by the United States of America on behalf of the United States Department of Agriculture Rural Development, and the Court being fully advised;

IT IS ORDERED that Objection and Response are Resolved.

IT IS FURTHER ORDERED that the United States Department of Agriculture Rural Development will only receive distribution on the unsecured portion of Proof of Claim #21.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: November 5, 2020

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/4

Agreed to:

/s/ Robert T. Bruegge                  /s/ Adam E. Hanna
Chapter 7 Trustee                       Adam E. Hanna
                                        Assistant United States Attorney